Elizabeth H. Temkin
temkin@twhlaw.com
Colorado State Bar Number 12954
TEMKIN WIELGA & HARDT LLP
1900 Wazee Street, Suite 303
Denver, Colorado  80202
Telephone:  (303) 292-4922
Facsimile:   (303) 292-4921

Albert P. Barker
apb@idahowaters.com
Idaho State Bar Number 2867
BARKER ROSHOLT & SIMPSON LLP
1010 West Jefferson Street, Suite 102
Boise, Idaho  83702
Telephone:  (208) 336-0700
Facsimile:   (208) 344-6034

ATTORNEYS FOR DEFENDANT
HECLA LIMITED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| AND THE STATE OF IDAHO ) | |
| ) | Case No. 96-0122-N-EJL |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **HECLA LIMITED'S** |
| ) | **RESPONSE TO THE AGREED** |
| ASARCO INCORPORATED, et al. ) | **MOTION OF UNITED STATES** |
| ) | **AND ASARCO TO DISMISS** |
| ) | **COMPLAINT AND COUNTERCLAIMS** |
| Defendants. ) | **AS TO EACH OTHER** |

Hecla Limited ("Hecla"), through its attorneys, submits its Response to the Agreed Motion of United States and ASARCO to Dismiss Complaint and Counterclaims as to Each Other ("Agreed Motion") and states:

Hecla was not a party to the Bankruptcy Settlement, mediation and other settlement negotiations referenced in the Agreed Motion and takes no position as to the fairness, reasonableness or adequacy of the settlement terms, although Hecla and Asarco did resolve any Coeur d'Alene Basin claims against each other in the Asarco Bankruptcy. The bankruptcy court did not have jurisdiction of the Coeur d'Alene Basin claims between Hecla and the United States, the State of Idaho or the Coeur d'Alene Tribe. This Court has jurisdiction of the claims of the United States and the Coeur d'Alene Tribe against Hecla.

Hecla does not object to entry of the Proposed Order. However, Hecla's lack of objection in this regard should not be construed as a waiver of any of Hecla's existing rights or available defenses, all of which Hecla expressly reserves, including, but not limited to, its rights to contest in this case or any other matter or proceeding, in any forum: (1) the legal implications for Hecla or its affiliates of the Agreed Motion or the Amended Settlement referenced in Paragraph 6 of the Agreed Motion; or (2) the factual representations underlying or made in either of those documents.

Respectfully submitted this 3rd day of September, 2010.

        TEMKIN WIELGA & HARDT LLP

        /s/ Elizabeth H. Temkin
        Elizabeth H. Temkin
        1900 Wazee Street, Suite 303
        Denver, Colorado 80202
        Telephone: (303) 292-4922
        Facsimile: (303) 292-4921
        temkin@twhlaw.com


        BARKER ROSHOLT & SIMPSON LLP
        Albert P. Barker
        1010 West Jefferson Street, Suite 102
        Boise, ID 83702
        Telephone: (206) 336-0700
        Facsimile: (202) 344-6034


        ATTORNEYS FOR DEFENDANT
        HECLA LIMITED

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September, 2010, I electronically filed the foregoing **HECLA LIMITED'S RESPONSE TO THE AGREED MOTION OF THE UNITED STATES AND ASARCO TO DISMISS COMPLAINT AND COUNTERCLAIMS AS TO EACH OTHER** using the CM/ECF system which sent a Notice of Electronic Filing to the individuals listed on the Court's service list.

/s/ Eileen M. Fisk
Eileen M. Fisk