Elizabeth H. Temkin
temkin@twhlaw.com
Colorado State Bar Number 12954
TEMKIN WIELGA & HARDT LLP
1900 Wazee Street, Suite 303
Denver, Colorado  80202
Telephone:  (303) 292-4922
Facsimile:  (303) 292-4921

Albert P. Barker
apb@idahowaters.com
Idaho State Bar Number 2867
BARKER ROSHOLT & SIMPSON LLP
1010 West Jefferson Street, Suite 102
Boise, Idaho  83702
Telephone:  (208) 336-0700
Facsimile:  (208) 344-6034

ATTORNEYS FOR DEFENDANT
HECLA LIMITED

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CV96-0122-N-EJL |
| Plaintiff, | ) | |
| | ) | HECLA LIMITED'S 90-DAY |
| | ) | STATUS REPORT |
| | ) | |
| vs. | ) | |
| | ) | |
| ASARCO INCORPORATED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Hecla Limited ("Hecla") respectfully submits this 90-day status report on the settlement discussions among the remaining parties to this litigation (i.e., the United States, the Coeur d'Alene Tribe and Hecla), plus the State of Idaho.

1.      The United States provided Hecla with its first, post-status conference settlement offer on July 8, 2010.  Since then, negotiations have been ongoing and some progress has been made; in particular, on September 1, 2010, Hecla received an updated settlement offer that Hecla believes holds some promise for an acceptable settlement framework.

2.      Hecla believes this to be a situation where it would be most helpful for the Court to keep folks' feet to the fire, so to speak, while allowing the parties a reasonable time to reach a settlement among themselves.  Hecla would suggest 30 days, to try to conclude this settlement effort successfully.

3.      Hecla believes a 30 day timeframe is sufficient.  The track record on these settlement discussions, which date back now more than two years, albeit in fits and starts, only highlights that giving the parties more rather than less time to resolve their differences has not been either effective or beneficial.  In addition, EPA is currently revising its Proposed Plan for the Upper Coeur d'Alene Basin.  The price tag on this new plan alone is $1.3 billion.  Comments on EPA's proposed plan amendment are due on November 23, 2010.  Extending the deadline for these settlement discussions beyond 30 days, would push the settlement deadline close to or beyond the comment deadline.  Especially without a mediator's assistance, this would be counter-productive to the settlement effort and prejudicial to Hecla, as it puts Hecla in the untenable position of having to devote maximum attention to settlement discussions precisely when its comments on the Proposed Plan, which could be critical to Hecla's defense in this case, are also due.

1

Wherefore, Hecla requests that the Court extend the deadline for conclusion of the Basin case settlement discussions for an additional 30 days, until October 8, 2010, and schedule a status conference soon thereafter to address the status of settlement and, if appropriate, to appoint a mediator to support further settlement discussions.

Respectfully submitted this 8th day of September, 2010.

TEMKIN WIELGA & HARDT LLP

By: /s/ *Elizabeth H. Temkin*

Elizabeth H. Temkin
1900 Wazee Street, Suite 303
Denver, Colorado  80202
Telephone:  (303) 292-4922
Facsimile:   (303) 292-4921
temkin@twhlaw.com

BARKER ROSHOLT & SIMPSON LLP
Albert P. Barker
1010 West Jefferson Street, Suite 102
Boise, Idaho  83702
Telephone:  (206) 336-0700
Facsimile:   (202) 344-6034
apb@idahowaters.com

**ATTORNEYS FOR DEFENDANT
HECLA LIMITED**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 8th day of September, 2010, I electronically filed the foregoing **HECLA LIMITED'S 90-DAY STATUS REPORT** using the CM/ECF system which sent a Notice of Electronic Filing to the individuals listed on the Court's service list.


<u>/s/ *Andrea Valenzuela*      </u>
Andrea Valenzuela