IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID F. ASKMAN, Senior Counsel
MICHAEL J. ZEVENBERGEN, Senior Counsel
KATHRYN C. MACDONALD, Senior Attorney
Environmental Enforcement Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 353-7397

NICHOLAS J. WOYCHICK, Civil Chief
U.S. Attorney's Office
800 Park Blvd., Suite 600
Boise, Idaho 83712
(208) 334-1211
(208) 334-1414 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

_____
                                      )
UNITED STATES OF AMERICA and          )
                                      )
COEUR D'ALENE TRIBE OF IDAHO,         )
                                      )
                      Plaintiffs,     )
                                      )
            v.                        )   Civil Action No. 96-0122-N-EJL
                                      )   Civil Action No. 91-0342-N-EJL
ASARCO INCORPORATED and               )
                                      )   **PLAINTIFFS' STATUS REPORT**
HECLA MINING COMPANY,                 )   **PURSUANT TO JUNE 10, 2010,**
                                      )   **MINUTE ORDER**
                      Defendants.     )
_____)
                                      )
and CONSOLIDATED CASE                 )
_____)

During the telephonic status conference conducted by the Court on June 10, 2010, the Court ordered three things to be done:

1. The United States was required to provide further clarification of the time line dismissing ASARCO, Inc., from this litigation.

2. The Plaintiffs were to convey their settlement offer to Hecla within 45 days after the status conference (i.e., by July 25, 2010); and

3. All settlement negotiations were to be completed within 90 days after the status conference (i.e., by September 8, 2010).

In accord with the Court's order, the United States and the Coeur d'Alene Tribe ("Plaintiffs") hereby report the status of the three items.

### 1. Dismissal of ASARCO, Inc.

On August 16, 2010, the United States and the ASARCO defendants[1] filed their *Agreed Motion of United States and ASARCO to Dismiss Complaint and Counterclaims as to Each Other*. [Docket No. 1586]. A proposed order accompanied the motion. [Docket No. 1586-1]. Defendant, Hecla Ltd., on September 3rd filed a response to the agreed motion. While stating a desire not to waive "existing rights or available defenses," Hecla did not object to entry of the proposed order. Hecla Response at 2 [Docket No. 1587].

On today's date, the Court entered an order dismissing the claims and counterclaims as to the ASARCO parties.

---

[1] The ASARCO defendants are ASARCO LLC; Government Gulch Mining Company, Inc.; and Federating Mining and Smelting Company, Inc.

### 2. Plaintiffs' Settlement Offers

The Plaintiffs proposed settlement terms to Hecla on July 8, 2010. In response to a counteroffer from Hecla on August 13, 2010, Plaintiffs submitted a revised settlement proposal to Hecla on September 1, 2010. Hecla has informed Plaintiffs that it expects to submit a counteroffer early next week in response to Plaintiffs' September 1 settlement proposal.

### 3. Settlement Status

While a settlement has not been reached, Plaintiffs remain committed to continuing settlement talks. Settlement discussion between Plaintiffs and Hecla are active and ongoing, with all parties committing substantial resources to the effort to settle this matter.

### Conclusion

The ASARCO parties have been dismissed from this case. The only remaining defendant is Hecla.

Although no settlement has been reached, Plaintiffs' view is that the parties' efforts to settle this matter should continue for the present. Plaintiffs and Hecla have discussed the next steps to be taken and agree that additional time for negotiations between the parties is warranted. Plaintiffs therefore request that the parties be required to report to the Court on the status of settlement discussions within 60 days. If settlement is not reached within 60 days, the parties can

address whether it would be appropriate to appoint a mediator and whether the Court should

issue a scheduling order for the trial of the final phase of this litigation.

        Respectfully Submitted,

        IGNACIA S. MORENO
        Assistant Attorney General
        Environment & Natural Resources Division
        United States Department of Justice

        s/ Michael J. Zevenbergen
        MICHAEL J. ZEVENBERGEN, Senior Counsel
        Environmental Enforcement Section
        c/o NOAA/Damage Assessment
        7600 Sand Point Way, NE
        Seattle, WA 98115
        Telephone: (206) 526-6607
        Facsimile: (206) 526-6665
        Email: michael.zevenbergen@usdoj.gov

        DAVID F. ASKMAN, Senior Counsel
        Environmental Enforcement Section
        MARK NITCZYNSKI, Senior Counsel
        ROBERT FOSTER, Senior Counsel
        Environmental Defense Section
        1961 Stout Street, 8th Floor
        Denver, CO 80294
        (303) 844-1381

        KATHRYN C. MACDONALD, Senior Attorney
        Environmental Enforcement Section
        P.O. Box 7611
        Washington, D.C. 20044
        (202) 353-7397

        NICHOLAS J. WOYCHICK, Civil Chief
        U.S. Attorney's Office
        800 Park Blvd., Suite 600
        Boise, Idaho 83712
        (208) 334-1211
        (208) 334-1414 (fax)
        Attorneys for Plaintiff United States

                HOWARD FUNKE & ASSOC., P.C.


                By:       */s/* consent
                Howard A. Funke, Of the Firm
                Attorneys for Plaintiff, Coeur d'Alene Tribe


                By:       */s/* consent
                Kinzo H. Mihara, Of the Firm
                Attorneys for Plaintiff, Coeur d'Alene Tribe

Dated: September 8, 2010

<u>Certificate of Service</u>

Pursuant to Fed. R. Civ. Proc. 5(b), I hereby certify that on September 8, 2010, the foregoing Plaintiffs' Status Report Pursuant to June 10, 2010 Minute Order was served on all parties, through their counsel of record, by filing the foregoing document via the Court's CM/ECF Document Filing System.

                                                        s/ Michael J. Zevenbergen