[counsel for Plaintiffs and Defendant
are identified at the end of this report]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| UNITED STATES OF AMERICA and<br><br>COEUR D'ALENE TRIBE OF IDAHO,<br><br>       Plaintiffs,<br><br>   v.<br><br>HECLA MINING COMPANY,<br><br>       Defendant.<br><br>and CONSOLIDATED CASE | Civil Action No. 96-0122-N-EJL<br>Civil Action No. 91-0342-N-EJL<br><br>**JOINT STATUS REPORT**<br>**PURSUANT TO**<br>**SEPTEMBER 21, 2010, ORDER** |

Pursuant to the Court's September 21, 2010 Order, the Parties jointly submit the following status report. Following the submission of status reports by the parties on September 8, negotiations to settle this matter have continued. No settlement has been reached.

The Parties' view is that enlisting a mediator might help the Parties reach settlement. The Parties therefore request that the Court order the Parties to try to agree upon a mediator within the next two weeks and to report back to the Court at that time with the name of the selected mediator and a near-term date for the first scheduled session with the mediator. If the Parties cannot agree on a mediator within two weeks, they will request the Court to schedule a telephonic status conference forthwith to discuss next steps. If the Court grants this request, the

Parties have agreed that Hecla will pay half of the mediator's expenses and Plaintiffs will pay the other half of the mediator's expenses.

The Parties propose to submit a joint status report in 60 days to report on the status of the mediation.

Respectfully Submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

s/ Michael J. Zevenbergen
MICHAEL J. ZEVENBERGEN, Senior Counsel
Environmental Enforcement Section
c/o NOAA/Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
Telephone: (206) 526-6607
Facsimile: (206) 526-6665
Email: michael.zevenbergen@usdoj.gov

DAVID F. ASKMAN, Senior Counsel
Environmental Enforcement Section
MARK NITCZYNSKI, Senior Counsel
ROBERT FOSTER, Senior Counsel
Environmental Defense Section
1961 Stout Street, 8th Floor
Denver, CO 80294
(303) 844-1381

KATHRYN C. MACDONALD, Senior Attorney
Environmental Enforcement Section
P.O. Box 7611
Washington, D.C. 20044
(202) 353-7397

NICHOLAS J. WOYCHICK, Civil Chief
U.S. Attorney's Office
800 Park Blvd., Suite 600
Boise, Idaho  83712
(208) 334-1211
(208) 334-1414 (fax)
Attorneys for Plaintiff United States

HOWARD FUNKE & ASSOC., P.C.


By:         */s/* consent
Howard A. Funke, Of the Firm
Attorneys for Plaintiff, Coeur d'Alene Tribe


By:         */s/* consent
Kinzo H. Mihara, Of the Firm
Attorneys for Plaintiff, Coeur d'Alene Tribe


TEMKIN WIELGA & HARDT LLP

By:         */s/* consent
Elizabeth H. Temkin
1900 Wazee Street, Suite 303
Denver, Colorado 80202
Telephone: (303) 292-4922
Facsimile: (303) 292-4921 temkin@twhlaw.com

BARKER ROSHOLT & SIMPSON LLP
Albert P. Barker
1010 West Jefferson Street, Suite 102
Boise, Idaho 83702
Telephone: (206) 336-0700
Facsimile: (202) 344-6034 apb@idahowaters.com

ATTORNEYS FOR DEFENDANT
HECLA LIMITED

Dated: November 9, 2010

<u>Certificate of Service</u>

Pursuant to Fed. R. Civ. Proc. 5(b), I hereby certify that on November 9, 2010, the foregoing Joint Status Report Pursuant to September 21, 2010 Order was served on all parties, through their counsel of record, by filing the foregoing document via the Court's CM/ECF Document Filing System.

                                          s/ Michael J. Zevenbergen