[counsel for Plaintiffs and Defendant
are identified at the end of this report]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA and<br><br>COEUR D'ALENE TRIBE OF IDAHO,<br><br>                     Plaintiffs,<br><br>      v.<br><br>HECLA MINING COMPANY,<br><br>                     Defendant.<br><br>and CONSOLIDATED CASE | Civil Action No. 96-0122-N-EJL<br>Civil Action No. 91-0342-N-EJL<br><br>**JOINT STATUS REPORT**<br>**PURSUANT TO**<br>**NOVEMBER 10, 2010 ORDER** |

       Following the Court's November 10, 2010 Order, the Parties jointly submit this status report.

       The Parties have chosen former judge Richard Dana to mediate this matter. Judge Dana has conferred with the Parties by telephone and has scheduled the submission of mediation materials and an initial two-day in-person mediation session for December 15-16. Additional mediation sessions will be held as needed.

Pursuant to the November 10, 2010 Order, the Parties will file another joint status report on or before February 1, 2011.

        Respectfully Submitted,

        IGNACIA S. MORENO
        Assistant Attorney General
        Environment & Natural Resources Division
        United States Department of Justice

        s/ Michael J. Zevenbergen
        MICHAEL J. ZEVENBERGEN, Senior Counsel
        Environmental Enforcement Section
        c/o NOAA/Damage Assessment
        7600 Sand Point Way, NE
        Seattle, WA 98115
        Telephone:  (206) 526-6607
        Facsimile:  (206) 526-6665
        Email: michael.zevenbergen@usdoj.gov

        DAVID F. ASKMAN, Senior Counsel
        Environmental Enforcement Section
        MARK NITCZYNSKI, Senior Counsel
        ROBERT FOSTER, Senior Counsel
        Environmental Defense Section
        1961 Stout Street, 8th Floor
        Denver, CO 80294
        (303) 844-1381

        KATHRYN C. MACDONALD, Senior Attorney
        Environmental Enforcement Section
        P.O. Box 7611
        Washington, D.C.  20044
        (202) 353-7397

NICHOLAS J. WOYCHICK, Civil Chief
U.S. Attorney's Office
800 Park Blvd., Suite 600
Boise, Idaho 83712
(208) 334-1211
(208) 334-1414 (fax)
Attorneys for Plaintiff United States

HOWARD FUNKE & ASSOC., P.C.


By: _____/s/ consent_____
Howard A. Funke, Of the Firm
Attorneys for Plaintiff, Coeur d'Alene Tribe


By: _____/s/ consent_____
Kinzo H. Mihara, Of the Firm
Attorneys for Plaintiff, Coeur d'Alene Tribe


TEMKIN WIELGA & HARDT LLP

By: _____/s/ consent_____
Elizabeth H. Temkin
1900 Wazee Street, Suite 303
Denver, Colorado 80202
Telephone: (303) 292-4922
Facsimile: (303) 292-4921 temkin@twhlaw.com

BARKER ROSHOLT & SIMPSON LLP
Albert P. Barker
1010 West Jefferson Street, Suite 102
Boise, Idaho 83702
Telephone: (206) 336-0700
Facsimile: (202) 344-6034 apb@idahowaters.com

ATTORNEYS FOR DEFENDANT
HECLA LIMITED

Dated: November 24, 2010

Certificate of Service

Pursuant to Fed. R. Civ. Proc. 5(b), I hereby certify that on November 24, 2010, the foregoing Joint Status Report Pursuant to November 10, 2010 Order was served on all parties, through their counsel of record, by filing the foregoing document via the Court's CM/ECF Document Filing System.

s/ Michael J. Zevenbergen