Barbara Miller, Pro Se Motion
131 Village Loop
Pinehurst, Idaho 83850
208-682-2956
Fax 208-784-8891
svcommunityresourcecenter@air-pipe.com

U.S. COURTS

APR 15 2011

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| United States of America | Case No. 96-0122-M-EJL |
| Plaintiff, | |
| | **BARBARA MILLER'S PRO SE** |
| vs. | **MOTION FOR DAMAGES ON** |
| | **SETTLEMENT BETWEEN EPA** |
| Hecla Mining Company, et. al. | **AND CONSOLIDATED DEFENDANTS** |
| Defendant. | |

AND CONSOLIDATED CASE

\*\* – 1

Now comes Barbara Miller as an interested party in the above captioned matter who hereby requests of this court to intervene and be heard on the proposed settlement agreement between Hecla Mining Company and the United States of America that has been brought before this court for approval. My interest in this case is that of an injured party and a citizen of the community impacted by the proposed settlement. I object to any proposed settlement that does not provide for the following:

Creation of a compensation fund for victims of lead and toxic waste exposure in the Superfund area of Idaho's Silver Valley. This fund would be created with sufficient settlement money to create interest that would be paid to families and individuals who can document long-term (ten years or more) residence in the valley communities from Mullan, Idaho to the east and Cataldo, Idaho to the west including all communities located within the valley between. The compensation fund would be administered by a non-profit board established for that purpose by the court. The board would membership will include representatives from the affected families as well as recognized public health, lead experts and other independent specialists as needed and as appointed or contracted by the board.

Creation of a Community Resource Center that will be established by funds from the settlement sufficient to create interest that will be utilized to fund the following:

--Restoration of an existing historical structure in a central valley location (Kellogg or Smelterville) sufficient to house a community health clinic; a meeting and educational center; an archive and library; and offices for staff and administration. The Community Resource Center will operate as a non-profit organization devoted to documenting, interpreting and improving the health of Silver Valley residents. All materials, events, appropriate and non-proprietory medical

**–2

information, and activities of the Community Resource Center will be offered free to the public. The goal of the Community Resource Center is to provide a transparent and local framework from which the residents of the Silver Valley can participate in better understanding their history, public health, the environment, the Superfund, and their collective future.

The community clinic: A subsidized clinic with sliding pay scale according to income. The primary focus would be on children's health, but clinic services could expand into other areas based on need.

The educational center: The educational center would focus on human and environmental health issues in communities impacted by industrial pollution, cleanup and change. The Silver Valley could become a national and international center for this type of education.

The archive and research center: The research center would provide biological, social, historical and other researchers with an opportunity to conduct research into the areas of environmental and human health in impacted communities. In addition, scholarships for impacted families to pursue educational goals could be administered from this center.

The administrative area: The coordination center of the Resource Center that would provide employment and administrative assistance for the complex.

The Community Center would be administered by an Administrative Director who would answer to a board comprised of representatives of affected families from each of the valley communities (eight), a representative of Hecla Mining Company or other mine operators in the valley, a trustee appointed by the court, and ad hoc participants as appointed by the board. The intent of the Community Center administrative structure is to provide for the widest, direct community involvement as possible. The assumption is that the EPA and the Basin Commission

** – 3

will continue their work in the Silver Valley representing the interests of the federal agencies and the various tribal and local governments respectively. The Community Center board would be comprised of individuals in the eight affected communities who have lived in the valley for at least two generations and have been selected by their respective community in an open and well publicized, town hall selection.

If the court desires, alternative funding of this enterprise might be accomplished by imposing a simple percentage of all funds devoted to cleanup. These funds would be invested in an endowment and distributed for the purposes outlined above.

I request to be heard by the court at the courts convenience. My motion is supported by my

affidavit filed on this date...........

DateED this _15_ day of ** ^April, 2011.

\*\*\*\*\*\*\*\*

By _Barbara L. Miller_
\*\*\*\*\*\*\*

\*\* — 5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _April 15_ day of **, 2011, I filed the foregoing document with the Clerk of the Court and sent a Notice of Electronic Filing to the following persons:

Albert P Barker
Barker Rosholt and Simpson LLP
1010 W. Jefferson, Suite 102
Boise, Idaho 83701-2139
208-336-0700
Fax 208-334-6034 (re Hecla)
apb@idahowaters.com

David F. Askman
US DEPT. of Justice
Environment and Enforcement Section
999 18th. Street, #945 N
Denver, CO 80202
303-312-7347
Fax 1-303-312-7331
david.askman2@usdoj.gov (reUSA)

Howard A. Funke
Howard Funke and Associates PC
PO Box 969
Coeur d'Alene, Idaho 83814-0969
208-667-5486
Fax 208-667-4695
hfunke@indian-law.org (re CDA Tribe)

******

**OR**

**[FOR DOCS NOT FILED WITH THE COURT]**

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this _____ day of **, 2011, a true and correct copy of the foregoing document was served on the following individual(s) by the method indicated:

      ******

[ ] U.S. Mail
[ ] Fax: ****
[ ] Overnight Delivery
[ ] Messenger Delivery
[ ] Email: ****

      *****

[ ] U.S. Mail
[ ] Fax: ****
[ ] Overnight Delivery
[ ] Messenger Delivery
[ ] Email: *****

_____

******

# Exhibit - A

**From:** Jo Miller <jomiller@usinternet.com>
**To:** leadnet@mail-list.com <leadnet@mail-list.com>
**Date:** Tuesday, March 01, 2005 9:01 PM
**Subject:** [Leadnet] Parent Center - helping to alert parents

FYI - Coverage on Parent Center/Baby Center in their e-newsletter:

Lead exposure may cause antisocial behavior in kids <>  FRIDAY, Feb. 18
(HealthDay News) -- Lead exposure may be a major factor behind violent
crimes committed by young people, and the U.S. government must do more
to remove lead from the environment, according to one leading expert.
"When environmental lead finds its way into the developing brain, it
disturbs neural mechanisms responsible for regulation of impulse.

A blank message to these addresses performs the following -
subscribes you to the list.
unsubscribes you from the list.
toggles you to/from the fancy digest version.
toggles you to/from the vacation-list.

Post your message to the list by sending it to

To contact the list owner, send your message to

04/13/2005

# Exhibit - B

# Superfund and Mining Megasites:
## Lessons Learned from the
## Coeur d'Alene River Basin

**EPA has used generally sound scientific and technical practices to make decisions about human health risks at the Coeur d'Alene River Basin Superfund site in Idaho, and planned remediation efforts will likely reduce targeted human health risks. However, there are substantial concerns regarding EPA's plans to protect the environment including fish and wildlife—plans that account for about three-fourths of the proposed $359 million in expenditures—particularly concerns about the long-term effectiveness of the proposed environmental remediation efforts.**

For more than 100 years, the Coeur d'Alene River Basin has been known as "The Silver Valley" for being one of the most productive silver, lead, and zinc mining areas in the United States. Over time, high levels of metals (including lead, arsenic, cadmium, and zinc) were discovered in the local environment and elevated blood lead levels were found in children in communities near the metal-refining and smelter complex. In 1983, the U.S. Environmental Protection Agency (EPA) listed the Bunker Hill Mining and Metallurgical Complex in northern Idaho as a Superfund site on the National Priorities List. Initial cleanup efforts focused on the areas with the most contamination and the greatest risk of health effects—a 21-square-mile "box" in the heart of the Coeur d'Alene River Basin.

In 1998, EPA began applying Superfund requirements beyond the original Bunker Hill box boundaries to areas throughout the 1,500-square-mile Coeur d'Alene River Basin project area. Soils, sediments, surface water, and groundwater are contaminated in areas throughout the basin, and a wide variety of studies indicate that this contamination poses increased risks to humans and wildlife in the area. In 2002, EPA issued a record of decision (ROD) that addressed contamination-related human health and ecological risks in the entire Coeur d'Alene River Basin, excluding the area within the box.

Under Superfund, EPA has developed a plan to clean up the broader contaminated area that will cost an estimated $359 million over approximately 30 years— and this effort is only the first step in



**Figure 1.** The area covered by the proposed cleanup efforts being reviewed includes the Coeur d'Alene River Basin (outside of the Bunker Hill Box), Lake Coeur d'Alene, and the upper reaches of the Spokane River, which drains Lake Coeur d'Alene. The total length of this system is 166 miles, and the study boundary includes an area of approximately 1,500 square miles. The final project area, however, is much smaller, including only the contaminated portions of the basin, lake, and Spokane River.

## THE NATIONAL ACADEMIES™
*Advisers to the Nation on Science, Engineering, and Medicine*

lead-contaminated Superfund sites primarily to estimate blood lead levels in children and also to determine soil lead cleanup levels in residential yards. Predictive blood lead models, such as the IEUBK model, are powerful tools for assessing pediatric risk from lead exposure, exploring lead risk management options, and crafting remediation strategies. The report concludes that the application of this model at the site was reasonable, but future assessment of health risks would benefit from greater collection and use of additional site-specific information. For example, information on the bioavailability of lead from the site's soil — that is, the amount of lead in soil that is actually absorbed by the body following ingestion – would improve the reliability of the model's predictions.

For arsenic, EPA collected no information about actual human uptake and based its risk assessment on arsenic concentrations in environmental samples. Biological indicators of actual human arsenic exposure would serve to strengthen future risk assessments at sites such as Coeur d'Alene, though the report recognizes the limitations of the currently available arsenic biomarkers.

## Reducing Human Health Risks

Recognizing the importance of protecting current and future generations, remedial decisions regarding human health appropriately emphasized residential yard remediations. Given the prevalence of high concentrations of lead in soils of the studied communities and the potential for lead exposure of young children, the report concludes that universal blood lead screening of children age 1-4 years is warranted and that these screenings should coincide with other routine pediatric health care screenings.

As long as cleaned up residential areas aren't recontaminated by lead-contaminated sediments, for example, during flood events, it seems probable that the proposed remedies will reduce the targeted human health risks. However, long-term support of institutional-control programs (actions that help minimize the potential for human exposure to contamination by ensuring appropriate land or resource use) should be provided to maintain the integrity of remedies intended to protect human health and guard against health risks from recontamination.

## Environmental Protection

EPA's assessment of risks to the environment, including fish and wildlife, was generally in line with best scientific practices and was based on quality monitoring studies of metals in the environment conducted in conjunction with other federal agencies, the state of Idaho, and the Coeur d'Alene Tribe. However, there are substantial concerns regarding EPA's decisions about protecting the environment, including fish and wildlife, particularly dealing with the effectiveness of long-term plans for remediation. For environmental protection, EPA's site characterization provided a useful depiction of the metal concentrations in soils, sediments, and surface water over the large basin. However, the characterization did not adequately address groundwater—the primary source of dissolved metals in surface water—or identify specific locations and materials contributing metals to groundwater.

In addition, the report outlines concerns about the feasibility and potential effectiveness of the proposed clean-up actions for environmental protection. There are no appropriate repositories to hold excavated materials, and establishing them in the basin will probably be extremely difficult. EPA's plan also does not adequately take into account the basin's frequent floods, which could recontaminate areas with metal-contaminated sediments after they have been cleaned up. EPA should select strategies that are likely to withstand this danger and lessen the impact of these floods. Overall, downstream transport of lead-contaminated sediments can be addressed only by removing or stabilizing the contaminated sediments in the river basin.

The report recommends that EPA ascertain the specific sources contributing zinc to groundwater (and subsequently to surface water) and the largest, potentially mobile sources of lead-contaminated sediments, and set priorities for their cleanup. If it is found that zinc loading to groundwater comes from subsurface sources that are too deep or impractical to be removed, groundwater should be addressed directly. EPA should consider more thoroughly the potential for recontamination and proceed with remedies that are most likely to be successful and durable.

3

the cleanup process. Approximately one-fourth of the expenditures are intended to address human health risks. The remaining three-fourths are to provide the first steps toward protecting the environment, including fish and wildlife, over approximately a thirty year period. Additional funds will be required over many decades to complete the cleanup.

**Superfund and Mining Megasites: Lessons from the Coeur d'Alene River Basin**, a report from the National Research Council, reviews and evaluates the scientific and technical basis of EPA's decisions about cleaning up the area. The conclusions and recommendations in the report pertain mainly to decisions made regarding contaminated areas within the 1500-square mile project area outlined in Figure 1. The report also outlines lessons learned from the Coeur d'Alene River Basin site that can be applied to other large, complex mining Superfund sites in the nation and offers recommendations to help EPA manage such megasites.

## Estimating Human Health Risks

EPA conducted a human health risk assessment that sought to estimate risks to human health associated with estimated concentrations of environmental contaminants, particularly lead and arsenic, and to calculate cleanup concentrations that would protect human health. EPA's risk assessment correctly concluded that environmental lead exposure poses elevated risk to the health of some Coeur d'Alene River Basin residents, particularly young children. Further, the report concurs with EPA's conclusion that although lead from old house paint probably contributed to the exposure of some children, lead-contaminated soil was the primary contributor to health risk from lead.

A major controversy at the Coeur d'Alene River Basin site arose because EPA did not base its risk assessment and remediation decisions on actual measured blood lead levels but instead on a model known as IEUBK (Integrated Exposure Uptake Biokinetic). The IEUBK model is used at

### About This Study and Superfund

Remedial efforts within the Coeur d'Alene River Basin will require much time, a great deal of money, and a concerted effort by involved parties. Congress requested an independent evaluation by the National Academies to consider EPA's scientific and technical practices with regard to human and ecological assessment, remedial planning, and decision making. In response, the National Academies' National Research Council (NRC) convened the Committee on Superfund Site Assessment and Remediation in the Coeur d'Alene River Basin, composed of members with a wide range of backgrounds and expertise. These individuals serve on the committee as a public service, volunteering to the NRC and the nation, cognizant of the importance of providing timely and objective scientific advice.

During the study, the committee held public sessions in Washington, DC; Wallace, Idaho; and Spokane, Washington where local, state, tribal, and federal officials, as well as private sector and citizen groups presented their views to the committee. The committee's findings and recommendations reflect unanimous consensus and the committee's report was subject to a rigorous peer-review process overseen by the National Academies. The study was sponsored by the U.S. Environmental Protection Agency.

Superfund was established in 1980 through the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) as the Federal government's program to clean up the nation's uncontrolled hazardous waste sites. Under the Superfund program, abandoned, accidentally spilled, or illegally dumped hazardous waste that pose a current or future threat to human health or the environment are cleaned up. A Superfund site is any land in the United States that has been contaminated by hazardous waste and identified by the Environmental Protection Agency (EPA) as a candidate for cleanup because it poses a risk to human health and/or the environment. There are tens of thousands of abandoned hazardous waste sites in the U.S., and accidental releases occur daily.

Because of the long-term and uncertain nature of the cleanup process, it is unrealistic to develop comprehensive remedial schemes and assess their effectiveness a priori. Hence, a phased approach to cleanup with defined goals, monitoring, and evaluation criteria such as an adaptive mamagement* approach, is warranted.

## Managing Superfund Megasites

In general, the Superfund process has a number of serious difficulties in addressing the complex contamination problems in mining megasites such as the Coeur d'Alene River Basin.

Remediation involves long-term undertakings in which remedies will usually need to be developed over time, and efficient responses to the problems may require the implementation of programs outside the Superfund framework. EPA has demonstrated flexibility in applying Superfund to the Coeur d'Alene River Basin and other megasites and has established a process in the basin that incorporates some of the key characteristics in addressing the problems at such sites. However, it is unclear whether all the problems can be addressed efficiently and effectively within the constraints that govern the Superfund process.

*Adaptive management is an approach where remediation occurs in stages and the consequences of each stage or phase are evaluated and provide feedback for planning of the next phase.

**Committee on Superfund Site Assessment and Remediation in the Coeur D'Alene River Basin:** **David J. Tollerud,** *(Chair),* University of Louisville, Louisville, KY; **Herbert L. Allen,** University of Delaware, Newark; **Lawrence W. Barnthouse,** LWB Environmental Services, Oak Ridge, TN; **Corale L. Brierley,** Brierley Consultancy LLC, Highlands Ranch, CO; **Edwin H. Clark,** Clean Sites Inc., Washington, DC; **Thomas W. Clarkson,** University of Rochester, Rochester, NY; **Edmund A.C. Crouch,** Cambridge Environmental, Inc., Cambridge, MA; **Alison Cullen,** University of Washington, Seattle; Joseph Graziano, Columbia University, New York, NY; **David L. Johnson,** State University of New York, Syracuse, NY; **Ronald J. Kendall,** Texas Tech University, Lubbock; **John C. Kissel,** University of Washington, Seattle; **Thomas W. Lapoint,** University of North Texas, Denton; **David W. Layton,** Lawrence Livermore National Laboratory, Livermore, CA; **C. Herb Ward,** Rice University, Houston, TX; **Spencer Wood,** Boise State University, Boise, ID; **Robert Wright,** Children's Hospital Boston, Boston, MA, Karl E. Gustavson *(Study Director),* National Research Council.

This brief was prepared by the National Research Council based on the committee's report. For more information, contact the Board on Environmental Studies and Toxicology at 202-334-3060. Copies of *Superfund and Mining Megasites: Lessons Learned from the Coeur d'Alene River Basin* are available from the National Academies Press, 500 Fifth Street, NW, Washington, DC 20001: 800-624-6242; www.nap.edu. This report is sponsored by the U.S. Environmental Protection Agency.

*Permission granted to reproduce this brief in its entirety with no additions or alterations.*
**Copyright 2005 The National Academy of Sciences**

# Exhibit - C

# CONTESTED SPACE:
## The Above and Below Ground Landscape of Idaho's Coeur D'Alene Mining District

Graduate School of Architecture, University of Utah



# Exhibit - D

REGION 10
1200 Sixth Avenue
Seattle, WA 98101

March 27, 2001

Reply To
Attn Of:   OMP-145

Barbara Miller
Peoples Action Coalition
P.O. Box 362
Kellogg, ID 83837

Subject:   **Assistance Agreement No. 1-990822-01**
           Technical Assistance Grant

Dear Ms. Miller:

The final Financial Status Report covering this assistance
agreement has been approved.  Also, the final payment has been
processed by EPA.

Because your eligible costs are less than the previously
approved EPA award amount, an amendment reflecting a decrease of
$169.00 is enclosed.  The revised assistance amount is $49,831.
This amendment confirms the information shown on your final
Financial Status Report.

**The recipient's signature is not required on this
administrative amendment.  Please retain it for your assistance
agreement file, and do not return it to EPA.**

This letter completes the final action on this agreement and
officially closes the file.  Please retain all related documents
for a period of three years.

Any questions regarding this agreement should be directed to
Jeanne O'Dell, EPA Project Officer, at 206-553-6919, or Debby
Larsen, Grants Specialist, at (206) 553-6701.

Sincerely,

Tim Hamlin, Manager
Grants Administration Unit

Enclosures
cc:  Jeanne O'Dell, ECO-081

# EPA Funding Information

1 - 99082201 - 1    Page 2

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---|---|---|
| EPA Amount This Action | $ 50,000 | $ -169 | $ 49,831 |
| EPA In-Kind Amount | $ 0 | $ | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ | $ 0 |
| Other Federal Funds | $ | $ | $ 0 |
| Recipient Contribution | $ 12,720 | $ 70 | $ 12,790 |
| State Contribution | $ 0 | $ | $ 0 |
| Local Contribution | $ 0 | $ | $ 0 |
| Other Contribution | $ 0 | $ | $ 0 |
| Allowable Project Cost | $ 62,720 | $ -99 | $ 62,621 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.806 - Superfund Technical Assistance Grants | CERCLA: Sec. 117(E) | 40 CFR PTS 30 & 35 SUBPT M |

| Fiscal | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Site Name | DCN | FY | Approp. Code | Budget Organization | PRC | Object Class | Site/Project | Cost Organization | Obligation / Deobligation |
| | QU0013 | 97 | T | 10Q | FAX | 4185 | 1020TG00 | C001 | -169 |
| | | | | | | | | | -169 |

Case 3:96-cv-00122-EJL Document 1535 Filed 04/11/11 Page 20 of 56

# SHOSHONE NEWS-PRESS

VALLEY

TUESDAY, MAY 16, 2000

50 CENTS

GOOD MORNING!

## TUESDAY

**World, Nation** ........... 4
**Calendar** ............ 1
**Sports** ................. 6-7
**Comics** ................. 8
**Weather** ................ 2

### METALS
NY Silver ............ $5.13
NY Gold ............ $272.1
Lead ............ $.24
Zinc ............ $.5855-.59

VOTE

JIM VERGOBBI

**MAY 23rd**

Campaign to Elect Jim Vergobbi,
Sandy Nearing Treasurer.

# EPA turns down SVPAC grant extension request

## Official: Group failed to provide needed data

By DON SAUER
Staff writer

KELLOGG — The Environmental Protection Agency has denied a request by the Silver Valley People's Action Coalition to extend a Technical Assistance Grant it received last year.

The SVPAC received $50,000 for the original TAG grant in 1999, which was to be used for studies and to provide information on the Bunker Hill Superfund cleanup. Earlier this year, SVPAC officials requested a wavier of the $50,000 limit to increase the amount of the award.

However, the coalition failed to provide the federal agency with a series of information additional details concerning use of the grant. As a result SVPAC's request was denied, TAG project officer O'Dell said Monday.

"They failed to provide information we had requested the time we gave them," O'Dell added.

In reviewing SVPAC's file, O'Dell wrote to Miller the group had been given the text of applicable code of federal regulations as well as the guideline handbook to manage the grant.

See GRANT, F

# SVPAC leader named finalist for Ford grant

## SVPAC

### Continued from Page 1

The Ford Foundation is a private philanthropy which seeks to improve the well-being of people around the world by funding "experimental, demonstration, and developmental efforts that give promise of producing significant advances in various fields."

Krauskopf said comments on candidates for awards can be sent to "The Advocacy Institute, 1629 K Street, NW, Washington D.C. 20006." The winners will be announced Sept. 13.

The LCW is a relatively new as the program was launched last year. Representatives from the foundation have been promoting the LCW to make people aware that the award is available.

Krauskopf said the foundation does not receive outside income. All its earnings are derived from its assets, originally donated by the founders, valued at $5.6 billion in 1989. It has not been affiliated with the Ford Motor Company or the Ford family for many years. By 1989, it had made grants totaling $7 billion to more than 9,000 organizations and 100,000 individuals throughout the world.

She said the foundation is governed by a board of trustees and administered by a professional staff., which evaluates applications, identifies institutions to administer programs, and makes recommendations.

Certain areas have been identified in which the foundation is interested in funding projects. It generally does not make grants for normal operating costs of an organization, construction of buildings or religious activities.

Currently the foundation has identified six broad categories of programs in which it is interested: urban poverty, rural poverty and resources, human rights and social justice, governance and public policy, education and culture, and international affairs.

The PAC has previously received other grants such as a technical assistance grant from the Environmental Protection Agency but was turned down for a renewal of the grant due to what EPA regional TAG grant coordinator Jeanne O'Dell said was failure to provide the EPA with all documentation of how the first grant was managed.

O'Dell confirmed earlier this week that although the PAC was given adequate time to respond, the documentation was never received and the matter had been closed without a renewal.

REGION 10
1200 Sixth Avenue, Suite 900
Seattle, WA 98101-3140

OFFICE OF
ECOSYSTEMS, TRIBAL AND
PUBLIC AFFAIRS

December 6, 2010

Barbara Miller
Silver Valley Community Resource Center
P.O. Box 362
Kellogg, Idaho 83837

Dear Ms. Miller:

Thank you for attending the Environmental Justice Stakeholders Meeting on October 28 in Seattle. It is my understanding that you had an opportunity to talk after the meeting with Wenona Wilson, Manager, Ecosystems and Community Health Unit, about clarifying the successful close-out of the Technical Assistance Grant (TAG) your group held from May 1997 through March 2001. The TAG, Assistance Agreement No. 1-990822-01, was awarded for the Bunker Hill Superfund Site. At the time of the TAG, your group, the Silver Valley Community Resource Center, was known as the Silver Valley People's Action Coalition (SVPAC).

Based on the information in our TAG file, EPA Region 10 confirms that SVPAC met all administrative processes to close out the grant in March 2001. The EPA Region 10 Grants Administration Unit determined that the final Financial Status Report, dated July 5, 2000 was adequate for closing out the grant. It was determined that:

- All deliverables have been received and are satisfactory.
- Recipient has met all terms and conditions of the agreement.
- Equipment purchased with grant funds has been appropriately utilized or disposed of and EPA has been refunded for any residual value.
- If applicable, program income has been applied in accordance with the terms and conditions of the agreement.
- If applicable, the Maintenance of Effort level has been met. (Air 105, Water 106)

The TAG was officially closed out on March 27, 2001. EPA has determined that your group, or its members, can compete for future grant awards for which it meets eligibility requirements. Please direct any questions related to this grant to me at 800-424-4372 x1465 or by email at Philip.jeff@epa.gov .

Sincerely,

Jeffrey M. Philip, Manager
Community Involvement and Public Information Unit

**Environmental Laws and Alternative Dispute Resolution:**
**Tools for Environmental Justice**

## 2009 Workshop Training Materials

# Using Environmental Laws and Alternative Dispute Resolution to Address Environmental Justice

Seattle, Washington
April 23-25, 2009

# Exhibit - F



U.S. ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF INSPECTOR GENERAL

*Catalyst for Improving the Environment*

## Hotline Report

# Contaminated Soil Waste Repository at East Mission Flats, Idaho

Report No. 09-P-0162

June 8, 2009



# Exhibit - E

# 2009 Basin Blood Lead Summary Statistics by Area

| Area | Burke (Ninemile) | Kingston | Lower Basin | Mullan | Osburn |
|---|---|---|---|---|---|
| N | 22 | 34 | 20 | 8 | 49 |
| Min (μg/dl) | 1.4 | 1.4 | 1.4 | 1.6 | 1.4 |
| Max (μg/dl) | 8.0 | 10.0 | 10.0 | 4.0 | 8.0 |
| Ave (μg/dl) | 3.6 | 3.1 | 2.6 | 2.8 | 3.2 |
| GeoMean (μg/dl) | 3.1 | 2.6 | 2.3 | 2.7 | 2.8 |

# Exhibit - G

**KEA Blog**
Kootenai Environmental Alliance

# January Flooding May Have Caused the Worst Coeur d'Alene Basin Contamination in Years

03/07/2011 in Coeur d'Alene Lake, Lower Coeur d'Alene Basin | Tags: Coeur d'Alene Lake, Coeur d'Alene River, Silver Valley, Superfund

Late last week, we were forwarded an email from Greg Clark with the U.S. Geological Survey, whose team did some water monitoring during the flood event January 18th of this year. The monitoring in Harrison, where the Coeur d'Alene River flows into Coeur d'Alene Lake, shows that the conveyor belt of contamination from the upper basin to the lower basin was particularly bad during the flood this year.

According to Clark's email, a measurement of the concentration of lead in the water at Harrison was the second highest ever recorded, the highest being a major flood in 1996. Also, the sample had the highest concentration of zinc and highest concentration of cadmium in more than 20 years. Clark said, "Based on these numbers, the load of lead delivered to the lake **on January 18 alone** was about 160 metric tons, or about 75% of the mean annual load of lead delivered to the lake during 2004 through 2009." (Our emphasis.) However, Clark noted that sampling at the Lake's outlet on January 20 was low, indicating that most of the lead settled to the lake bottom.

More disturbingly, however, is the measurement of flooding right before the peak. According to Clark, the river flow at Cataldo was higher than what was measured at the peak of the 2008 flood, but river the flow at Harrison was quite a bit lower. Clark says that this flow data indicates that a great deal of the water — and its accompanying sediment and metal contamination — was dumped into the lateral lakes along the lower basin. As Clark somewhat understated it in the email: "Obviously not good news as far as wildlife is concerned."

# The Spokesman-Review

**THURSDAY, MARCH 24, 2011** | A FEW SHOWERS ▲50 ▼35 | WWW.SPOKESMAN.COM

## CASTO GETS TO PLAY; COUGS WIN IN OT

WSU LIFTS SUSPENSION; TEAM ADVANCES IN NIT, B1



**BUSINESS**

Coffee roasters jittery over prices

PAGE A7

# Flooding spiked lead levels

## January rain, snow carried mine pollution into lake

**By Becky Kramer**
beckyk@spokesman.com, (208) 765-7122

An estimated 352,000 pounds of lead washed into Lake Coeur d'Alene on Jan. 18 after flooding related to a rain-on-snow event.

That's the weight equivalent of 70 Dodge Ram 1500 pickups – and the highest volume of lead recorded in a 24-hour period since major flooding in February 1996.

Greg Clark, a U.S. Geological Survey hydrologist, attributed high lead concentrations to a rapid rise in the Coeur d'Alene River caused by pounding rains and melting snow. At Harrison, where the river empties into Lake Coeur d'Alene, the Jan. 18 flows averaged 19,000 cubic feet per second.

"We haven't seen those kinds of flows in quite a while," said Clark, associate director of the Idaho Water Science Center in Boise. "We end up with a lot of metals – lead in particular – transported to the lake during those types of events."

The lead is the legacy of 140 years of hard-rock mining in the Coeur d'Alene River's headwaters. Government officials said the January data demonstrates the complexity of

See **LEAD**, A10



This home is one of many that got caught in the flooding in Cataldo, Idaho, on Jan. 18. At peak flow on that day, water samples taken at Harrison had the highest lead reading since February 1996.

KATHY PLONKA   kathyp@spokesman.com

# Exhibit - H

# NORTHWEST

# Asarco cleanup deal OK'd

## $1 billion would go for environmental claims

**Becky Kramer**
beckyk@spokesman.com, (208) 765-7122

A federal bankruptcy judge has approved a $1.1 billion payout that could resolve Asarco LLC's environmental claims in multiple states, including the company's role in creating a Superfund site in the Coeur d'Alene River Basin.

"It's a relatively significant step toward resolving Asarco's bankruptcy," said Darrell Arly, an Idaho deputy attorney general.

But the money won't be available until the mining company emerges from bankruptcy. In August, the Texas bankruptcy court judge approved Friday. Another judge approved Friday. Another is scheduled to consider three possible reorganization scenarios

that could end Asarco's four-year-old bankruptcy proceedings.

Some creditors may receive only partial payment for their claims.

The Coeur d'Alene Basin cleanup would get $482 million through the environmental claims settlement, which the judge approved Friday. Another $103 million is slated for cleanup

of pollution caused by Asarco's former smelters in Tacoma and Everett. Air pollution from the Tacoma smelter spread over 1,000-square miles, leading to elevated arsenic and lead levels in soil and water.

More than $2 billion worth of remediation work remains in the Coeur d'Alene Basin, which also is polluted with heavy metals, according to federal estimates.

Asarco's history in the Coeur

d'Alene Mining District dates to the early 1900s. The 110-year-old company is among multiple firms that operated in Idaho's Silver Valley before laws regulated mining activity, including smelter emissions and disposal of mine tailings.

Asarco is based in Tucson, Ariz. Historic Silver Valley mines owned or operated by the company include the Morning, Frisco and Page mines.

Federal government environmental claims against Asarco:

Site; Location; Claim amount

Bunker Hill (Superfund site); Coeur d'Alene Basin, northern Idaho; $505.5 million

California Gulch (Superfund site); Leadville, Colo.; $60 million

Commencement Bay (Superfund site); Tacoma and Ruston, Wash.; $54 million

East Helena (Superfund site); East Helena, Mont.; $9.6 million

El Paso County; El Paso County, Texas; $26.4 million

Omaha Lead Smelter (Superfund site); Omaha, Neb.; $261.4 million

Murray Smelter; Utah; $125,000 per year

Federal Mine; St. Francois County, Mo.; $8 million

Big River Mine; St. Francois County, Mo.; $20 million

Cherokee County (Superfund site); Kansas; $8 million

Circle Smelting; Beckemeyer, Ill.; $8 million

Federated Metals; Houston; Undetermined

Globe; Colorado; $14.1 million

Hayden; Winkelman, Ariz.; $3.4 million

Jack Waite Mine; Prichard, Idaho; $8.4 million

Jasper County (Superfund site; Jasper County, Mo.; $32.6 million

Madison County; Madison County, Mo.; $35.9 million

Newton County (Superfund site); Newton County, Mo.; $3.5 million

Richardson Flat; Summit County, Utah; $607,000

Stephenson Bennett Mine; Dona Ana County, N.M.; $791,000

Tar Creek; Ottawa County, Okla., near Missouri and Kansas borders; $154.5 million

Taylor Springs; Montgomery County, Ill.; $38.2 million

Vasquez Blvd. (Superfund site); Denver; $3.4 million

08/04/2006

# environmental cleanup claims

**By Les Blumenthal**

McClatchy Newspapers

WASHINGTON - The federal government has filed up to $1.3 billion in environmental cleanup claims against Asarco, a century-old mining and smelting company that sought bankruptcy protection last year amid allegations its Mexican owners had sold off its most lucrative assets.

The federal claims represent only a portion of what Asarco may owe its creditors, including at least $500 million in asbestos exposure-related claims and hundreds of millions of dollars more to such states as Washington for their environmental cleanup costs.

Tuesday was the deadline for filing the claims with a Connecticut-based claims administrator appointed by the federal bankruptcy judge in Corpus Christi, Texas, who is handling the Asarco case.

The federal claims involve 31 Superfund and other sites in 14 states, including Washington, Idaho, Missouri, Kansas, California, Texas and Illinois.

"We were expecting a big number," said Jack Kinzie, a Dallas lawyer who represents Asarco.

In its 55-page filing called a supplemental proof of claim, the U.S. Justice Department made clear that Asarco may not ultimately be liable for all the cleanup costs. At some of the sites, other companies may be responsible

08/04/2006

............ .......... ...., Justice Department lawyers say the remaining money in the trust fund should not become part of the bankruptcy proceedings.

The lawyers representing the asbestos claimants have asked the Texas bankruptcy judge and a New York judge in a separate case for permission to drag Grupo Mexico and its deep pockets into the Asarco proceedings. Grupo Mexico is also named in the New York case and has been served with a summons and complaint.

The Department of Justice has yet to decide whether it will also go after Grupo Mexico.

Asbestos lawyers have another month to file claims for their clients, though earlier court documents estimated there were 85,000 such claims worth about $500 million.

Sander Esserman, a Dallas lawyer representing the asbestos claimants, declined to estimate how many claims eventually would be filed and how much they might be worth.

On Friday, Washington state filed claims worth up to $600 million. Fifteen or sixteen or states were also considering claims, though Washington's was expected to be among the three or four largest.

Among the federal claims, the largest, up to $505 million, involved a mining district in northern Idaho. The second largest claim, up to $261 million, involved Asarco's operations in Omaha, Neb.

The claim involving Asarco's former Tacoma area smelter was $54 million, though with the sale of some of the property to a developer the cost could be closer to $45 million.

But the Tacoma area smelter site was also among those listed as having additional "potential" environmental

08/04/2006

COEUR D'ALENE

## Bunker Hill mining site to get cleanup funds

Federal stimulus dollars could give a $25 million boost to cleanup work at the Bunker Hill Superfund site.

The money will accelerate the removal of metal-contaminated soils from residential yards, lowering the risk of lead exposure for children.

The Bunker Hill site will receive $10 million to $25 million in stimulus money, said Angela Chung, a Superfund team leader at the U.S. Environmental Protection Agency. She expects to learn an exact amount in May.

Idaho's Silver Valley is polluted with heavy metals from a century of mining activity. Lead dust from the Bunker Hill Smelter settled over the valley, contaminating neighborhoods. Mine tailings were also used as fill in residential areas.

About 1,200 residential yards still need to be cleaned up.

With the stimulus money, EPA could finish the yard remediation by 2013 – two years earlier than planned. The additional funds could create 70 to 100 seasonal jobs in the Silver Valley as more contractors are hired, Chung said.

S R     4/16/09     Becky Kramer

---

USA Today
4/16/09

## Stimulus funds go to clean filthiest sites

Fifty of the country's most polluted and hazardous waste sites were selected Wednesday to receive a share of federal stimulus money to continue cleanup operations.

The Environmental Protection Agency announced that $582 million would be used to help clean up the sites in 28 states. The sites were contaminated years ago by mining waste, lead smelters, landfills and other sources of chemicals, but the companies responsible are no longer around to pay for their cleanup.

### Armitage says he would have quit

A former No. 2 State Department official in the George W. Bush administration says he would have resigned if he had known the CIA was subjecting

: 6B   DAILY CAMERA                    Tuesday, May 6, 2003 :

# Survey of public health woes completed

## Silver Valley residents say they're suffering from pollution

By Nicholas K. Geranios
*Associated Press*

SPOKANE, Wash. — About one-third of residents of northern Idaho's heavily polluted Silver Valley think they suffer from heart disease, high blood pressure or learning disorders, according to an environmental group pushing for greater cleanup under the federal Superfund law.

The Silver Valley People's Action Coalition reported its finding from a survey of 252 households. The survey is admittedly unscientific and does not compare the health of Silver Valley residents with the rest of Idaho.

But Bob Colonna of the Silver Valley People's Action Coalition said it is the first attempt to create a snapshot of the health of people in the mining region, where the federal government for two decades has been involved in a huge environmental cleanup.

It's clear that many residents of Shoshone County think they suffer health woes.

"We can't directly attribute it to environmental problems, but there have been neurotoxins in the Silver Valley for years, and five generations of children have been exposed to lead poisoning," Colonna said. "We're letting people draw their own conclusions."

The Silver Valley is 50 miles east of Spokane and for more than a century has been a producer of precious metals, leaving a degraded environment.

Jerry Cobb of the Panhandle Health District in Kellogg, Idaho, said the public exposure to lead and other toxic metals has been dropping for two decades, as mines closed and environmental practices improved.

"The incidence of children with elevated blood lead levels has dropped steadily," Cobb said, to the point where about 2 percent of children tested in the Silver Valley report dangerous levels of lead.

The survey began last July and was completed in December. The 12-page questionnaire was distributed to people who lived near the Bunker Hill Superfund site in Kellogg.

The survey found that 37 percent of respondents said someone within their household had a chronic disease.

The survey also found that

34 percent of the children had trouble with reasoning and 14 percent were attending special education classes in school. Such problems are red flags that could indicate high levels of lead poisoning, Colonna said.

Of the adults, 39 percent reported high blood pressure, 31 percent had heart disease and 33 percent of women reported miscarriages.

Statewide, 24.6 percent of Idaho residents suffer high blood pressure, and heart disease is the state's No. 1 killer, said Tom Shanahan of the state Department of Health. The percentage of heart disease and miscarriages statewide was not immediately available, Shanahan said.

Shoshone County's median age of 41 is much older than the statewide average of 33, which means more health woes would be expected, Shanahan added.

Colonna stressed that the survey was not a scientific study. There was no control group in another location and no attempt to determine if the percentages reported were normal or abnormal for Idaho or other states.

The goal of the survey was to push for creation of a special-

ized environmental health clinic in the Silver Valley, designed specifically to deal with lead poisoning and other issues related to mine pollution, Colonna said.

More than 80 percent of those surveyed indicated they would probably make use of such a clinic.

Cobb does not believe one is warranted.

Many of the people who suffered historically high levels of lead exposure are gone, and many of the current residents of the Silver Valley moved in after the days of widespread environmental damage that ended in the early 1980s, Cobb said.

"There are lots of reasons people have heart disease or elevated blood pressure," Cobb said, including heredity.

# Exhibit - I

Robert C. Huntley ISB#894
HUNTLEY PARK LLP
250 So. Fifth Street, Suite 660
P.O. Box 2188
Boise, Idaho 83701
Telephone: 208-388-1230
Facsimile: 208-388-0234
Email: rhuntley@idahotty.com

Sara Shepard ISB #5560
250 S. Fifth Street, 700
P.O. Box 1246
Boise, Idaho 83701
(208) 395-1405

Attorneys for Plaintiffs

U.S. COURTS

03 JAN -9 PM 2: 35

REC'D ____ FILED
CAMERON S. BURKE
CLERK          IDAHO



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Brenda Guerrero, individually and as guardian
ad litem of her minor children, Rolea, Elisa and
Bianca; et al.,

    Plaintiffs,

v.

The State of Idaho; et al.,

    Defendants.

Case No. CIV CIV 00-578-S-MHW

STIPULATION AND MOTION FOR
ENTRY OF CONSENT DECREE AND
JUDGMENT

COME NOW the Plaintiffs and the Defendant by and through their respective counsel and

moves and stipulate that the Court enter a Consent Decree and Judgment in accordance with the

proposal attached hereto as Appendix A.

STIPULATION AND MOTION FOR ENTRY OF CONSENT DECREE AND JUDGMENT - 1

Only four studies of lead poisoning have been performed in Idaho since 1993. (Shepard Aff. Ex 10 p. 13 (Shultz Dep)). None of those studies were preformed in response to Medicaid requirements. The studies of lead poisoning done in Idaho were done on such small numbers of participants that the findings of the studies are not viewed as valid. (Shepard Aff. Ex 10 p. 52 (Shultz Depo)).

21.    Pamela Mason, Acting Bureau Chief for Bureau of Medicaid Programs, knows nothing about what is being done to implement lead testing of Medicaid Children. (Shepard Aff. Ex 13 p. 4, 13 (Mason Depo)). She understands that DeeAnne Moore is working on it. (Id.) She states that Dr. Young is working on contracts with health districts and on getting "encouragement" out to the doctors.   (Shepard Aff. Ex 10 p. 14 (Shultz Depo)).

DeeAnne Moore, former Chief of Medicaid Policy Bureau, doesn't know about any plans to publicize the lead testing but states that Dr. Young knows. (Shepard Aff. Ex 11 p.4, 5, 80 (Moore Depo)). Dr. Young has mentioned a plan to let parents know they have options where to get lead testing done. (Shepard Aff. Ex 11 p.81 (Moore Depo)).

22.    Prior to 2002, the department maintained that it could not or would not inform physicians serving Medicaid eligible children that lead testing was required under the Medicaid statute. (Shepard Aff. Ex. 7 p. 32-33 (Young Depo); Ex. 8 p.71-73 (Moritz Depo); Ex. 10 p. 45 - 47 (Schultz depo); Ex 12 p. 23 (Gunderson depo)).

23.    After the pilot project failed in spring of 2002, Dr. Young began affirmatively stating to doctors that they must test Medicaid eligible children and make contracts with doctors to place lead testing equipment in their offices. (Shepard Aff. Ex. 15 p.6, 8 (Young 3rd depo). In August of 2002, he was still in the process of entering such agreements with doctors. (Shepard Aff. Ex. 15 p.6,

CONSENT DECREE AND JUDGMENT - 10



## Fact Sheet

The Agency for Toxic Substances and Disease Registry (ATSDR) is a federal public health agency located in Atlanta, Georgia. It is part of the Public Health Service within the U.S. Department of Health and Human Services. Created by Superfund legislation in 1980, ATSDR's mission is to prevent or mitigate adverse human health effects and diminished quality of life resulting from exposure to hazardous substances in the environment.



October 1990

**ATSDR**
**1600 Clifton Road, N.E. (E-28)**
**Atlanta, Georgia 30333**

IDAHO CITIZEN'S NETWORK
P.O. Box 362
Kellogg, Idaho 83837
(208) 682-4387

# Agency for Toxic Substances and Disease Registry



90BA053B

# Exhibit - J

Environmental Research ▪ (▪▪▪▪) ▪▪▪–▪▪▪



Contents lists available at ScienceDirect

# Environmental Research

journal homepage: www.elsevier.com/locate/envres



# Community- and family-level factors influence care-giver choice to screen blood lead levels of children in a mining community

S.M. Moodie [a,\*], E.K. Tsui [b], E.K. Silbergeld [a]

[a] Johns Hopkins School of Public Health, Department of Environmental Health and Engineering, 615 N. Wolfe Street, Room E6644, Baltimore, MD 21205, USA
[b] Johns Hopkins School of Public Health, Department of Health Behavior and Society, 615 N. Wolfe Street, Room E6644, Baltimore, MD 21205, USA

ARTICLE INFO

Article history:
Received 19 May 2009
Received in revised form
19 March 2010
Accepted 24 March 2010

Keywords:
Lead
Mine
Child
Health
Community
Superfund

ABSTRACT

*Context:* Bunker Hill, in Kellogg, Idaho, formerly a lead mine (1884–1981) and smelter (1917–1981), is now a Superfund site listed on the Environmental Protection Agency's (EPA) National Priorities List. Lead contamination from the site is widespread due to past smelter discharges to land, water, and air, placing children at risk for both exposure to lead and resultant health effects of lead. Since 1983, the EPA has used child blood lead levels to inform the clean-up standards for the Bunker Hill Superfund site. This study was undertaken to examine factors that have contributed to the significant fall-off in the rates and numbers of children being screened for blood lead in Kellogg (number screened decreased from 195 to 8 from 2002 to 2007). The goal of this research project was to define community- and family-level factors which influence care-giver choice to screen blood lead levels of their children in this environment.

*Methods:* This formative research study used mixed methods and was comprised of three research components: (1) preliminary interviews using community-based participatory research methods to define key research questions of relevance to community members, government and NGOs working in relation to the Bunker Hill clean-up; (2) a quantitative analysis of a cross-sectional household survey conducted with adult care-givers about child blood lead screening in Kellogg; and (3) ethnographic community rapid assessment methods formed the in-depth interview process and qualitative analysis.

*Results:* The survey showed the likelihood of blood lead screening that for children under the age of 18 years increases 34% with each one-year increase in current age of the child (95% CI, 1.08–1.67, *p*-value=0.009), and decreases 45% with annual household income greater than $10,000 (95% CI, 0.35–0.88, *p*-value=0.013). Sibling birth order increased the likelihood of blood lead screening by 61% (95% CI, 1.04–2.48, *p*-value=0.032) for each successive child. Female children were rated by their care-givers as 3.7 times less agitated or easily angered than male children (95% CI, 1.5–8.8, *p*-value=0.005). Across all levels of interviews, regulators, residents, and non-governmental organization representatives reported that Kellogg's long history as a mining town has continued to influence attitudes and actions of care-givers to access blood lead screening for their children. The mining context has been described as instilling stigmas, parental blame and a sense of shame about lead exposure and resultant health effects.

*Discussion:* Children under 6 years of age are currently the least likely to have been screened for lead in Kellogg and screening rates decreased in the 2000s. According to most indicators, socio-economic status did not influence the likelihood of a care-giver to screen children's blood lead levels. However, children in homes with an annual income below $10,000 were more likely to have been screened than the rest of the population. Former concerted screening efforts, including outreach, support, follow-up, and financial incentives in the 1980s–1990s to screen children, may have influenced low-income residents. Programmatic outreach for children under 6 years of age in Kellogg should focus on increasing female child and first child blood lead screening, rather than targeting only low-income families, by improving approaches to promotion, implementation and environmental follow-up for child lead screening. Some families have resided in Kellogg for five to six generations, and the long-term mining context influences community values and perceptions of lead exposure and screening for children through a conflicted combination of pride in the mining history, attachment to the past economy that supported the community in juxtaposition to the personalized blame, shame, guilt, and stigma associated with children having high blood lead levels. Health communication and other programs should prioritize methods of reducing parental feelings of blame, shame and guilt, and stigmas associated with the

\* Corresponding author. Fax: +1 443 287 6414.
   *E-mail address:* moodie.sue@gmail.com (S.M. Moodie).

0013-9351/$ - see front matter © 2010 Elsevier Inc. All rights reserved.
doi:10.1016/j.envres.2010.03.012

S.M. Moodie et al. / Environmental Research ▮ (▮▮▮▮) ▮▮▮–▮▮▮

continued relevance to communities where there is a closed or abandoned mine. An alternative view to that of the standard community context is needed to encourage Kellogg residents to seek lead screening for children. A successful approach to improve screening will need to address a complex set of responses: the origins of the blame, shame, guilt and stigma of individuals is, in essence, the flip side their community pride, which centered on the town's mining history and the role their families played in the making of that history.

## References

Atlas.ti Scientific Software Development GmbH., 2009. Atlas.ti 5.2 [Computer Program]. Berlin, Germany.

ATSDR, 2005. Health Consultation: Bunker Hill Mining and Metallurgical, Kellogg, Shoshone County, Idaho. Department of Health and Social Services, Agency for Toxic Substances and Disease Registry, Idaho.

Bland, A.D., Kegler, M.C., Escoffery, C., Halinka Malcoe, L., 2005. Understanding childhood lead poisoning preventive behaviors: the roles of self-efficacy, subjective norms, and perceived benefits. Prev. Med. 41 (1), 70–78.

Boreland, F., Lyle, D., 2009. Using performance indicators to monitor attendance at the Broken Hill blood lead screening clinic. Environ. Res. 109 (3), 267–272.

Boreland, F., Lesjak, M.S., Lyle, D.M., 2008. Managing environmental lead in Broken Hill: a public health success. N S W Public Health Bull. 19 (9–10), 174–179.

Box, S.E., Bookstrom, A.A., Ikramuddin, M., 2005. Stream-sediment geochemistry in mining-impacted streams: sediment mobilized floods in the Coeur d'Alene-Spokane River system. Report no. Scientific Investigations Report 2005-5011, US Geological Survey, Idaho and Washington.

Braun, J.M., Kahn, R.S., Froehlich, T., Auinger, P., Lanphear, B.P., 2006. Exposures to environmental toxicants and attention deficit hyperactivity disorder in U.S. children. Environ. Health Perspect. 114 (12), 1904–1909.

Braun, J.M., Froehlich, T.E., Daniels, J.L., Dietrich, K.N., Hornung, R., Auinger, P., Lanphear, B.P., 2008. Association of environmental toxicants and conduct disorder in U.S. children: NHANES 2001–2004. Environ. Health Perspect. 116 (7), 956–962.

Burns, J.M., Baghurst, P.A., Sawyer, M.G., McMichael, A.J., Tong, S.L., 1999. Lifetime low-level exposure to environmental lead and children's emotional and behavioral development at ages 11–13 years. the Port Pirie cohort study. Am. J. Epidemiol. 149 (8), 740–749.

Center for Disease Control and Prevention, 2005. Preventing Lead Poisoning in Young Children. CDC, US Department of Health and Human Services.

Chapman, R., 1994. "Uncle Bunker" Memories in Words and Pictures. Chapman Publishing, Kellogg, Idaho.

Chen, A., Cai, B., Dietrich, K.N., Radcliffe, J., Rogan, W.J., 2007. Lead exposure, IQ, and behavior in urban 5- to 7-year-olds: does lead affect behavior only by lowering IQ? Pediatrics 119 (3) e650–e658.

Cory-Slechta, D.A., Virgolini, M.B., Rossi-George, A., Thiruchelvam, M., Lisek, R., Weston, D., 2008. Lifetime consequences of combined maternal lead and stress. Basic Clin. Pharmacol. Toxicol. 102 (2), 218–227.

Creswell, J.W., 2007. Qualitative Inquiry and Research Design: Choosing Among Five Approaches second ed Sage Publications, Inc., Thousand Oaks, CA.

Dietrich, K.N., Ris, M.D., Succop, P.A., Berger, O.G., Bornschein, R.L., 2001. Early exposure to lead and juvenile delinquency. Neurotoxicol. Teratol. 23 (6), 511–518.

Elias, S.M., Hashim, Z., Marjan, Z.M., Abdullah, A.S., Hashim, J.H., 2007. Relationship between blood lead concentration and nutritional status among Malay primary school children in Kuala Lumpur, Malaysia. Asia Pac. J. Public Health 19 (3), 29–37.

Environmental Protection Agency, 1998. Bunker Hill Facility Basin-wide RI/FS Expedited Screening Level Risk Assessment Common Use Areas, Coeur d'Alene River Basin. EPA.

Farmer, C., 2001. Lead Screening for Children Enrolled in MEDICAID: State Approaches. State Legislature Conferences, Washington, DC.

Garcia Vargas, G.G., Rubio Andrade, M., Del Razo, L.M., Borja Aburto, V., Vera Aguilar, E., Cebrian, M.E., 2001. Lead exposure in children living in a smelter community in region Lagunera, Mexico. J. Toxicol. Environ. Health A 62 (6), 417–429.

Guilarte, T.R., 2004. Prenatal lead exposure and schizophrenia: a plausible neurobiologic connection. Environ. Health Perspect. 112 (13), A724.

Guilarte, T.R., Toscano, C.D., McGlothan, J.L., Weaver, S.A., 2003. Environmental enrichment reverses cognitive and molecular deficits induced by developmental lead exposure. Ann. Neurol. 53 (1), 50–56.

Hamilton, A., 1925. Industrial Poisons in the United States. The MacMillan Company, New York, NY.

Idaho Department of Health and Welfare, 2008. Reported Cases of Elevated Blood Lead Among Idaho Residents, 2005–2007. Office of Epidemiology and Food Protection, Division of Health, Boise, Idaho.

Idaho State Medicaid, 2005. Annual Early and Periodic Screening and Treatment (EPSDT) Participation Report. Idaho Medicaid, Boise, Idaho.

IDDHW, 2007. Bunker Hill Superfund site Coeur d'Alene River Basin Blood Lead Levels. IDEQ and Panhandle Health, Kellogg, Idaho.

IDDHW, 2006. Bunker Hill Superfund site Coeur d'Alene River Basin Blood Lead Levels. IDEQ and Panhandle Health, Kellogg, Idaho.

IDDHW, 2002. Bunker Hill (box) and Coeur d'Alene River Basin Blood Lead Levels. IDEQ and Panhandle Health, Kellogg, Idaho.

IDDHW, 1976. Shoshone Lead Health Project, Work Summary. Department of Health and Welfare, Division of Health, Boise, Idaho (Report no Health Care No. ENV 11).

Kardamanidis, K., Lyle, D.M., Boreland, F., 2008. Addressing decreasing blood lead screening rates in young children in Broken Hill. N S W Public Health Bull. 19 (9–10), 180–182.

Kegler, M.C., Malcoe, L.H., Kegler, S.R., Lynch, R.A., Tolliver, R., 1999. Caregiver beliefs and behaviors in the prevention of childhood lead poisoning. Fam. Community Health 22 (1), 50–65.

Kegler, M.C., Malcoe, L.H., 2004. Results from a lay health advisor intervention to prevent lead poisoning among rural Native American children. Am. J. Public Health 94 (10), 1730–1735.

Kegler, M.C., Stern, R., Whitecrow-Ollis, S., Malcoe, L.H., 2003. Assessing lay health advisor activity in an intervention to prevent lead poisoning in Native American children. Health Promot. Pract. 4 (2), 189–196.

Landrigan, P.J., 1996. Lead levels, home dust, and proximity to lead smelters. Pediatrics 97 (4), 603–604.

Landrigan, P.J., Baker Jr., E.L., Feldman, R.G., Cox, D.H., Eden, K.V., Orenstein, W.A., Mather, J.A., Yankel, A.J., Von Lindern, I.H., 1976. Increased lead absorption with anemia and slowed nerve conduction in children near a lead smelter. J. Pediatr. 89 (6), 904–910.

Lanphear, B.P., Hornung, R., Khoury, J., Yolton, K., Baghurst, P., Bellinger, D.C., Canfield, R.L., Dietrich, K.N., Bornschein, R., Greene, T., et al., 2005. Low-level environmental lead exposure and children's intellectual function: an international pooled analysis. Environ. Health Perspect. 113 (7), 894–899.

Li, P.J., Sheng, Y.Z., Wang, Q.Y., Gu, L.Y., Wang, Y.L., 2000. Transfer of lead via placenta and breast milk in human. Biomed. Environ. Sci. 13 (2), 85–89.

Lidsky, T.I., Schneider, J.S., 2003. Lead neurotoxicity in children: basic mechanisms and clinical correlates. Brain 126 (Part 1), 5–19.

Lukas, J.A., 1997. Big Trouble, A Murder in a Small Western Town Sets off a Struggle for the Soul of America. Rockefeller Center, New York; Simon & Shuster, New York, NY.

Malcoe, L.H., Lynch, R.A., Keger, M.C., Skaggs, V.J., 2002. Lead sources, behaviors, and socioeconomic factors in relation to blood lead of Native American and white children: a community-based assessment of a former mining area. Environ. Health Perspect. 110 (Suppl. 2), 221–231.

Maynard, E., Thomas, R., Simon, D., Phipps, C., Ward, C., Calder, I., 2003. An evaluation of recent blood lead levels in Port Pirie, South Australia. Sci. Total Environ. 303 (1–2), 25–33.

McGee, T., 1999. Private responses and individual action: community responses to chronic environmental lead contamination. Environ. Behav. 31, 66–83.

McMichael, A.J., Baghurst, P.A., Vimpani, G.V., Robertson, E.F., Wigg, N.R., Tong, S.L., 1992. Sociodemographic factors modifying the effect of environmental lead on neuropsychological development in early childhood. Neurotoxicol. Teratol. 14 (5), 321–327.

McPhillips, K., 1995. Dehumanising discourses; cultural colonisation and lead contamination in Boolaroo. Austral. J. Social Issues 30 (1), 41–54.

National Academy of Sciences, 1993. Measuring Lead Exposure in Infants, Children, and Other Sensitive Populations. National Academy Press, Washington, DC.

National Health Law Program, 2005. Children's Health Under Medicaid: A National Review of Early Periodic Screening, Diagnosis and Treatment—1999–2003. National Health Law Program, Washington, DC.

Needleman, H.L., 2004. Low level lead exposure and the development of children. Southeast Asian J. Trop. Med. Public Health 35 (2), 252–254.

Needleman, H.L., McFarland, C., Ness, R.B., Fienberg, S.E., Tobin, M.J., 2002. Bone lead levels in adjudicated delinquents. A case–control study. Neurotoxicol. Teratol. 24 (6), 711–717.

Needleman, H.L., Schell, A., Bellinger, D., Leviton, A., Allred, E.N., 1990. The long-term effects of exposure to low doses of lead in childhood: an 11-year follow-up report. N. Engl. J. Med. 322 (2), 83–88.

Oncu, B., Oner, O., Oner, P., Erol, N., Aysev, A., Canat, S., 2004. Symptoms defined by parents' and teachers' ratings in attention-deficit hyperactivity disorder: changes with age. Can. J. Psychiatry 49 (7), 487–491.

Opler, M.G., Buka, S.L., Groeger, J., McKeague, I., Wei, C., Factor-Litvak, P., Bresnahan, M., Graziano, J., Goldstein, J.M., Seidman, L.J., et al., 2008. Prenatal exposure to lead, delta-aminolevulinic acid, and schizophrenia: further evidence. Environ. Health Perspect. 116 (11), 1586–1590.

Pelto, G.H., 1994. Integrated management of childhood illness: challenges from the community. Kangaroo 3 (1), 64–66.

Rao, R.A., Henriques, W.D., Spengler, R.F., Lee, C.V., 1999. Geographic distribution of mean blood lead levels by year of children residing in communities near the Bunker Hill lead smelter site, 1974–1983. J. Public Health Manage. Pract. 5 (2), 13–14.

Riedt, C.S., Buckley, B.T., Brolin, R.E., Ambia-Sobhan, H., Rhoads, G.G., Shapses, S.A., 2009. Blood lead levels and bone turnover with weight reduction in women. J. Expo. Sci. Environ. Epidemiol. 19 (1), 90–96.

Silbergeld, E.K., 1991. Lead in bone: implications for toxicology during pregnancy and lactation. Environ. Health Perspect. 91, 63–70.

Simon, D.L., Maynard, E.J., Thomas, K.D., 2007. Living in a sea of lead—changes in blood- and hand-lead of infants living near a smelter. J. Expo. Sci. Environ. Epidemiol. 17 (3), 248–259.

Please cite this article as: Moodie, S.M., et al., Community- and family-level factors influence care-giver choice to screen blood lead levels of children in a mining community. Environ. Res. (2010), doi:10.1016/j.envres.2010.03.012

S.M. Moodie et al. / Environmental Research ▮ (▮▮▮▮) ▮▮▮–▮▮▮

13

Spalinger, S.M., von Braun, M.C., Petrosyan, V., von Lindern, I.H., 2007. Northern Idaho house dust and soil lead levels compared to the Bunker Hill Superfund site. Environ. Monit. Assess. 130 (1–3), 57–72.

Stata Press, 2008. Stata [Computer Program]. College Station, Texas.

TerraGraphics Environmental Engineering Inc., 2005. Final Coeur d'Alene Basin Blood Lead Absorption and Exposure Report, Revision 3. TerraGraphics Environmental Engineering Inc., Moscow, Idaho.

Tong, S., McMichael, A.J., Baghurst, P.A., 2000. Interactions between environmental lead exposure and sociodemographic factors on cognitive development. Arch. Environ. Health 55 (5), 330–335.

United States Environmental Protection Agency, 1991. Record of Decision (ROD)—Bunker Hill Mining and Metallurgical Complex, Residential Soils Operable Unit, Shoshone County, Idaho. US EPA, Coeur d'Alene, Idaho.

USGS, 1990. United States Geological Survey and Bureau of Mines Yearbook 1900–1990. United States Geological Survey.

Valent, F., Little, A., Tamburini, G., Barbone, F., 2004. Burden of disease attributable to selected environmental factors and injuries among Europe's children and adolescents. Environmental Burden of Disease Series No. 8, World Health Organization, WHO Regional Office for Europe.

von Lindern, I., Spalinger, S., 2005. Addendum to the final human health evaluation report for the Bunker Hill Superfund site box—updates for the 2005 five year review. Report no. 2001-6220, TerraGraphics Environmental Engineering Inc., Moscow, Idaho.

von Lindern, I., Spalinger, S., Petroysan, V., von Braun, M., 2003. Assessing remedial effectiveness through the blood lead:soil/dust lead relationship at the Bunker Hill Superfund site in the Silver Valley of Idaho. Sci. Total Environ. 303 (1–2), 139–170.

Wright, J.P., Dietrich, K.N., Ris, M.D., Hornung, R.W., Wessel, S.D., Lanphear, B.P., Ho, M., Rae, M.N., 2008. Association of prenatal and childhood blood lead concentrations with criminal arrests in early adulthood. PLoS Med. 5 (5), e101.

Please cite this article as: Moodie, S.M., et al., Community- and family-level factors influence care-giver choice to screen blood lead levels of children in a mining community. Environ. Res. (2010), doi:10.1016/j.envres.2010.03.012

# Support Letters



ROMAN CATHOLIC DIOCESE OF BOISE

May 2, 2007

Representative Mike Simpson
802 West Bannock  Suite 600
Boise, Idaho  83702

Dear Representative Simpson,

I am writing today to encourage your support of an appropriation request made by the Silver
Valley Community Resource Center/CLEARCorps Idaho.  The good people of the Silver
Valley have been exposed to many different forms of mine pollution including lead, arsenic
and mercury to name a few.  SVCRC has long been involved with the cleanup and the
subsequent medical problems that have arisen.  There needs to be proper diagnosis and
treatment of the residents who are experiencing lead poisoning and particularly the children
who may face long term health problems.

The SVCRC has joined services with the Federally Qualified Health Clinic in the Coeur
d'Alene area to begin a Medicaid lead screening project.  It is our hope that this appropriation
will be granted to enable this project to go forward and for generations of health problems
that have arisen out of this region to come to an end.

Sincerely yours in Christ,

Most Reverend Michael P Driscoll, MSW, DD
Catholic Bishop of Boise in Idaho

bb

303 FEDERAL WAY, BOISE, ID 83705-5925    (208) 342-1311  FAX (208) 342-0224

**GEORGE C. SAYLER**
DISTRICT 4-B
KOOTENAI COUNTY

HOME ADDRESS
1102 ASH AVENUE
COEUR d'ALENE IDAHO 83814
(208) 664-2787
EMAIL: gsayler@house.state.id.us
gsaylercda@aol.com

COMMITTEES

EDUCATION

RESOURCES & CONSERVATION

ENVIRONMENTAL AFFAIRS



# House of Representatives
# State of Idaho

August 21, 2003

Barbara Miller
Director
SV People's Action Coalition
PO Box 362
Kellogg, Id.  83837

Ms. Miller:

First of all, I must apologize for not responding to you in a timelier manner.  It has turned out to be quite a different summer than I had imagined!

In regards to the issue of concern, i.e., the Children Health Enhancement Project and mobile health assessment unit, I do believe it is a worthy goal, and one that I would urge you to continue to pursue.  Should a proposal come before the legislature to enact a community environmental health program, such as in Florida, your proposal would be an excellent candidate to be a pilot program, and as such, I would support it.

I have reviewed the Florida law and scanned through your Shoshone County Health Survey, and it seems there is justification for further action.   However, it is a rather technical report and subject, and frankly, a complicated subject that I am only beginning to understand.  The whole issue of the clean up of the Coeur d'Alene Basin is one with a long history, opposing views, and great significance. I feel that for me to become involved at this time would be premature and possibly counterproductive. I will be monitoring the Basin Environmental Improvement Commission and will do whatever I can to see that it is properly funded by the state.  I am also interested in the idea of creating a community environmental health program but feel that I have a great deal more to learn about this area and also would need to develop a broad based coalition that would support such a concept. Because of a heavier than anticipated constituent caseload and the need to work on other legislation, I will not be able to be the lead player in this effort, but I will not forget the issue and will continue to become more informed.

At this point, I would urge you to work through your own district representatives and senator, and even our Congressional delegation, and once again, I apologize for the delay.

Sincerely,


George Sayler

# IDAHO DEPARTMENT OF
# HEALTH & WELFARE

C.L. "BUTCH" OTTER – Governor
RICHARD M ARMSTRONG – Director

KAREN COTTON, REGION 1 DIRECTOR
1120 Ironwood Drive
Coeur d'Alene, ID 83814
208-769-1515
Fax: 208-769-1473
cottonk@dhw idaho gov

June 14, 2007

The Honorable Mike Simpson
802 West Bannock
Suite 600
Boise, ID 83702

Dear Representative Simpson:

On behalf of Region One Health & Welfare, I am encouraged and pleased to support the collaborative efforts of the Silver Valley Community Resource Center/CLEARCorps Idaho and the Dirne Community Health Center to address the needs of children who are receiving Medicaid services.

For many years, children who live in the Silver Valley have possibly been exposed to mine pollutants. Efforts to educate the community, clean-up the environment and provide blood lead screenings have been ongoing and continue today.

The Dirne Community Health Center (DCHC) is interested in providing increased services to children who receive health care through Medicaid. This clinic has the potential to provide medical screenings, needed health care, and monitoring for targeted children who may otherwise be unable to obtain this care. However, this program requires funding for travel, training and equipment for DCHC.

It is my hope that you can assure the appropriation of funding to help us with this project.

Thank you for your efforts to assist all of the people of Idaho.

Sincerely,

Karen Cotton, Region 1 Director
Idaho Department of Health & Welfare

*Dirne Community*
*Health Center*

1106 West Ironwood Drive - Coeur d'Alene Idaho 83814
(208) 292-0292 Fax (208) 292-0705

January 10, 2007

Dear Barbara Ross-EPA Region #10

Dirne Community Health Center is working with the Silver Valley
Resource Center to test Medicaid eligible children, ages 0-6 years
of age, in a pilot project to test for elevated lead levels.

Sincerely,

Leanne Rousseau, M.D.
Medical Director

Carla Madsen Bassemier
1249 CCC Rd.
Cataldo, ID   83810


March 10, 2009


To whom it may concern;

Coming from an area of oppression and depression all my 50 years, I'm in total agreement with over 2000 people who are aware of the health issues that are vividly apparent in the Silver Valley of North Idaho. I work with the Silver Valley Community Resource Center and believe that funding would greatly improve and build collaboration within the community. But above all, better health for all who live here now and for future generations.

I have lived here all my life and am a daughter of a Bunker Hill worker that worked in the mines for 30 years. I now have grave concerns for my children, five grandchildren and invested interests in making North Idaho healthy, knowledgeable and prosperous. This we know would on a larger scale make all of Idaho better and our state could be part of the solution instead of part of the problem.

Thank you.


Sincerely,

*Carla Madsen Bassemier*

Carla Madsen Bassemier
208-682-8582



# North Idaho College Head Start

**Central Office**
411 N. 15th Street, Suite 103
Coeur d'Alene, ID 83814
(208) 666-6755 phone
(208) 666-6757 fax
*Director@nicheadstart.org*

**Boundary Center**
Boundary County Fairgrounds
P.O. Box 338
Bonners Ferry, ID 83805
(208) 267-5756 phone
(208) 267-3933 fax
*boundary@nicheadstart.org*

**Kootenai Center**
411 N. 15th Street, Suite 112
Coeur d'Alene, ID 83814
(208) 666-6762 phone
(208) 666-6757 fax
*kootenai@nicheadstart.org*

**Lakeland Center**
14797 N. Kimo Court
Rathdrum, ID 83858
(208) 687-1682 phone
(208) 687-1819 fax
*lakeland@nicheadstart.org*

**Post Falls Center**
106 W. 9th Avenue
Post Falls, ID 83854
(208) 773-6164 phone
(208) 777-1522 fax
*postfalls@nicheadstart.org*

**Sandpoint Center**
101 S. Euclid
Sandpoint, ID 83864
(208) 263-6232 phone
(208) 265-0527 fax
*sandpoint@nicheadstart.org*

**Shoshone Center**
123 West Mission
Kellogg, ID 83837
(208) 784-5581 phone
(208) 784-2002 fax
*shoshone@nicheadstart.org*

**St. Maries Center**
1230 Main Street
P.O. Box 706
St. Maries, ID 83861
(208) 245-6519 phone
(208) 245-3356 fax
*stmaries@nicheadstart.org*

April 3, 2008

Ms.Barbara Miller
Community Resource Center, Co.
P.O. Box 362
Kellogg, ID 83837

Dear Ms. Miller:

We support Head Start parents receiving information about lead and how to minimize or prevent their children from the harm of exposure

We appreciate your concern for the health of the children in the Silver Valley. We share this concern. As you may know, Head Start will screen all of our children.

Sincerely,

Douglas P. Fagerness
Director



**North Idaho College**

# Mountain States Early Head Start

411 N. 15th  Suite 200
Coeur d'Alene, ID
83814
208-765-6955
fax:  208-664-4683



1080 McGhee Rd
Sandpoint, ID
83864
208-263-2569
fax: 208-255-4899

January 10, 2007

To Whom It May Concern:

I am pleased to offer support for the Silver Valley Community Resource Center and their grant application which, if funded, will provide lead screening for Medicaid eligible children in Shoshone, Kootenai and Benewah counties in Idaho.  In addition, the plan calls for case management and follow-up services as necessary for those identified as having elevated blood lead levels.

The Silver Valley Community Resource Center has been active during the last few years with education and awareness building activities in our area. In the spring of 2006, Center staff and volunteers coordinated a community awareness event for medical staff and interested community members in two locations in the Idaho panhandle.  In addition they have provided education for our Early Head Start staff, assisted us in obtaining lead test kits and have offered to attend a Family Night meeting to share information about lead exposure dangers and screening suggestions with parents.

Besides the normal lead exposure risks such as paint, work or hobby contacts, cheap lead toys and soil along old highway beds, the Idaho counties covered by this grant are a high risk area because of years of mining and smelting activities.  Idaho has limited testing and monitoring for lead exposure in place and this demonstration project may help develop a model that could be replicated throughout the state.  Perhaps more importantly to the families living in this area, it will provide care services to children who have high lead levels and are at risk for health and learning problems in the future.  We look forward to continued work with the Silver Valley Community Resource Center.

Thank you for your consideration of this grant application.

Sincerely,

Christine Gee
Director

*Free parent support and child development services for families with children from pre-birth to three.*

September 15, 2003

Memorandum of Agreement between Silver Valley People's Action Coalition and Foundation for Neuroscience and Society

This agreement is signed between the Silver Valley People's Action Coalition, the grant applicant for funding "**Identifying and Treating ADHD in Disadvantaged Head-Start Children in Polluted Areas**" under the Environmental Justice Collaborative Problem-Solving Grant Program of the U.S. Environmental Protection Agency, and the Foundation for Neuroscience and Society (Roger D. Masters, President).    This project, which is located in the Coeur d'Alene River Basin in Northern Idaho and Eastern Washington, is focused on screening Head Start children from Poor and ethnic minority (Coeur d'Alene Native Americans) backgrounds for potentially dangerous levels of lead or other toxic heavy metals due to pollution from the Bunker Hill Mine and other toxic releases in the Silver Valley Superfund site, providing nutrient treatments for all children whose bodies have absorbed elevated levels of heavy metals.

Division of responsibilities: The Silver Valley People's Action Coalition will coordinate the screening and treatment of Head Start children in the Silver Valley Idaho (as spelled out in the formal grant proposal).   The role of the Foundation for Neuroscience and Society will be to consult with the Silver Valley People's Action Coalition on research procedures and provide assessment of test results for levels of toxins in head hair, urine, and feces of the population sampled for the proposed study. This agreement will cover collaboration over a period of three years from September 30, 2003 through October 1, 2006.   For these services, Dr. Roger D. Masters, President of the Foundation for Neuroscience and Society, will receive a retainer of $1000 for the first year of the program.   Other costs to the Foundation for Neuroscience and Society that cannot be funded by supplementary grants will be contributions Pro Bono.

Signed:

Roger D. Masters, President
Foundation for Neuroscience & Society

Mitch Killebrew, President
Board of Directors,
Silver Valley Community
Resource Center

Sept 17, 2003
Date

092603
Date



# SHOSHONE COUNTY EVEN START

*A Family Literacy Program*

800 Bunker Ave, Kellogg, ID 83837

Kathy Nansel, Site Coordinator
208/783-1320 or 208/512-3374 kathy.nansel@ksd391.k12.org

March 11, 2009

To Whom It May Concern:

The Even Start mission is to "break the cycle of poverty and illiteracy by providing a program that offers support, as the parents work towards their educational goals. Lasting benefits will be the natural result of an enriched home literacy environment, a strong and healthy parent-child relationship, and active parental involvement in education." The health of the family, particularly the children is crucial to our mission. It is important that our parents understand the impact that lead can have their children, I am therefore pleased to offer support to the Silver Valley Community Resource Center and their recent grant application that, if founded, will provide for opportunities of lead education to our parents and the children who are enrolled in our program. Even Start will families will benefit from education presentations by the SVCRC.

The Silver Valley Community Resource Center has been actively involved with lead professionals for the past decades. As a non-profit, grassroots organization they have enlisted the support of nationally renowned health professionals, including Dr. John Rosen, Bruce Lanphear and Herbert Needleman. The group maintains also relationships with local health providers, educators and community-based organizations.

Idaho has limited ability to conduct this kind of service at this time. We are thankful that he SVCRC is able to undertake this cause. Our parents and staff are concerned about pollution exposure, as well as the exposure routes that exist in the environment and in our homes. Local families will benefit from the teacher seminars, screening recommendations, handouts and other presentations that the SVCRC will be able to conduct with the funding from this grant opportunity.

Shoshone County Even Start looks forward to participating in this type of awareness. Thank you for your consideration of this grant application.

Sincerely,

Kathy Nansel,
Site Coordinator
Shoshone County Even Start

**Memorandum Of Agreement Between The Silver Valley Community Resource Center And United Steel Workers Union District 11**

This Agreement for services is signed between the Silver Valley Community Resource Center (SVCRC), the grant applicant for funding *"Identifying and Treating ADHD in Disadvantaged Head Start Children in Polluted Areas"* under the Environmental Justice Collaborative Problem-Solving Grant Program of the US Environmental Protection Agency, and the United Steel Workers Union District 11. The project known as "Children Health Enhancement Project" (CHEP) is located in Kellogg, Idaho, is focused on screening Head Start children from poor and ethnic minority backgrounds for potentially dangerous levels of lead or other toxic heavy metals due to pollution from industrial and mining waste from over 100 years of silver mining in the Silver Valley and the Coeur d' Alene Basin Superfund Site that presently covers a 1500 sq. mile area from the Eastern Washington boarder to Northern Idaho.

The CHEP program administered by SVCRC in collaboration with the Foundation for Neuroscience at Dartmouth College will offer screening and assessments at Head Start locations to participating Head Start children for lead and other toxic heavy metal exposure, nutritional assessment and ADHD assessment, and offer appropriate treatment recommendations. The United Steel Workers Union District 11 located in Shoshone and Kootenai counties, ID will participate in-kind support for office and meeting facilities and be reprehensive on the Advisory and Review committee that will have over-sight and involvement with the operation of the program.

This Agreement will be for a period of one year from the date of project commencement.

Signature _____ 8-26-03    _____ 9/29/03
Date

**Mitch Killebrew, Pres.**                    **Steve Powers**
                                              **Staff Representative**

**VCRC Bd. Of Director**

**Mullan City Council**
**Mullan, Idaho 83849**

March 9, 2009

To whom it may concern;

I have had the opportunity of working with the Silver Valley Community Center organization over the years.

I understand that they are now applying for a CARE, Community Action Renewed Environment grant. The purpose of the grant is to find ways for the community in the Bunker Hill superfund site to come together and address ways to take action to reduce toxic pollution and minimize people's exposure to them. As a private citizen, father, grandfather, long time resident, businessman and city councilman I believe that this process would help to restore quality of life to all people of the area.

I look forward to participating with such a project and feel that the SVCRC is filling an important void in the community.

Sincerely,

Daniel White
Mullan City Councilman
208 - 744 - 1601